IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

IN RE:                                              )
                                                    )
APPICATION OF SYNGENTA CROP           )
PROTECTION AG FOR AN ORDER            )
PURSUANT TO 28 U.S.C. § 1782          )        NO. 21-mc-
GRANTING LEAVE TO OBTAIN              )
DISCOVERY FOR USE IN FOREIGN          )
PROCEEDING                                          )
                                                    )
                                                    )
                                                    )

**EX PARTE APPLICATION OF SYNGENTA CROP PROTECTION AG FOR AN
ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN
DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

Applicant Syngenta Crop Protection AG ("Syngenta") respectfully applies to this Court for

an Order pursuant to 28 U.S.C. § 1782 ("Section 1782") and Federal Rules of Civil Procedure 26,

30, and 45 granting Syngenta leave to serve Sharda USA LLC ("Sharda") with a subpoena

including the topics and requests in substantially the same form as Exhibit B to Syngenta's

memorandum in support of this application, for the production of documents and for deposition

testimony for use in Indian patent infringement court proceedings.  In support of the Application,

Syngenta submits a Memorandum of Law, a Proposed Order, and the sworn declarations of

Archana Shanker and Jeffrey J. Lyons.

Dated:  September 14, 2021

BAKER & HOSTETLER LLP

/s/      *Jeffrey J. Lyons*
Daniel J. Goettle (#6664)
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1402
Wilmington, DE  19801-1147
(302) 319-2799
dgoettle@bakerlaw.com
jjlyons@bakerlaw.com

Toni-Junell Herbert
Michael E. Anderson
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036-5304
(202) 861-1578
therbert@bakerlaw.com
meanderson@bakerlaw.com

*Attorneys for Applicant Syngenta Crop Protection AG*