IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>APPICATION OF SYNGENTA CROP PROTECTION AG FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDING | )<br>)<br>)<br>)<br>) NO. 21-mc-<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF SYNGENTA CROP PROTECTION AG FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

On September 14, 2021, Syngenta Crop Protection AG ("Syngenta") submitted an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery For Use in Foreign Proceedings and supporting papers ("the Application"). The Application seeks to serve Sharda USA LLC ("Sharda") with a subpoena to produce documents and to provide deposition testimony. Upon consideration of the evidence and arguments presented in the Application, the Court determines that: (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the discretionary factors identified in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Syngenta's Application.

Therefore, IT IS HEREBY ORDERED that:

1. Syngenta's Application for an order to take discovery from Sharda for use in foreign proceedings pursuant to 28 U.S.C. § 1782 is GRANTED.

2. Syngenta is authorized, pursuant to 28 U.S.C. § 1782, to obtain evidence from the Respondent pursuant to Rule 45 of the Federal Rules of Civil Procedure relating to the issues

- 2 –

identified in the Application, and shall serve Respondent with a Subpoena in substantially the same form as the one submitted with the Application.

     3.     Syngenta shall file proof of service as soon as reasonably practicable after service.

     4.     This Order is without prejudice to the Respondent's right to assert objections in relation to the subpoena and Applicant's rights to seek further or different relief.

IT IS SO ORDERED this _____ day of _____, 20 ___.

_____
UNITED STATES DISTRICT JUDGE