**Declaration of Archana Shanker in Support of Syngenta Crop Protection AG**

1. I, Archana Shanker, am a partner in the law firm of Anand and Anand, First Channel Building Plot No. 17 A Sector 16 A, Film City, Noida 201301 (UP), India.

2. Our firm has been engaged by Syngenta Crop Protection AG to advise, prepare, file and represent them in relation to Indian patent no. IN 206995 against GSP Crop Science Limited, 403, Lalita Complex, 352/3, Rasala Road, Navrangpura, Ahmedabad -380 009, Gujarat, India and also engage in discussion with GSP Crop Science Limited.

3. Indian patent no. IN 206995 relates to process for preparing chemical intermediates and the use of them in the method of producing thiamethoxam. Thiamethoxam is an active ingredient in insecticides sold in numerous countries.

4. It is my understanding that in order to determine as to whether the patented process of IN 206995 is being used and adopted by GSP and/or their affiliates, Syngenta Crop Protection AG may be able to obtain all the necessary details from the third party located in the U.S.; specifically, Sharda USA LLC (also located in India: **Sharda Cropchem Limited, Prime Business Park, 2nd Floor, Dashrathlal Joshi Road, Vile Parle (W), Mumbai - 400056, India**).

5. It is my understanding that to obtain relief, Syngenta Crop Protection AG may need to seek an interim injunction. In the event of filing suit for infringement and seeking interim relief, we will need to establish: a) infringement; b) balance of convenience in favor of plaintiff; and c) irreparable injury. Such pleadings would need to be supported by all the necessary documentary evidence. In particular, evidence such as an affidavit from an expert substantiating infringement as well as documentation of the infringement as an immediate/ongoing threat so as to support an interim injunction should be provided.

6. It is my understanding that Syngenta Crop Protection AG intends to file a request or motion under 28 U.S.C. Sec. 1782 to request discovery from Sharda USA relating to GSP and/or the method used to manufacture the Sharda USA thiamethoxam.

7. I note that to the best of my knowledge, there have been no judicial, executive, or legislative declarations from the Government of India that assistance from this or any other U.S. Court would be unwelcome.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on

Signature

28 U.S.C. 1746.