IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF SYNGENTA<br>CROP PROTECTION AG FOR AN<br>ORDER PURSUANT TO 28 U.S.C.<br>§ 1782 GRANTING LEAVE TO<br>OBTAIN DISCOVERY FOR USE<br>IN FOREIGN PROCEEDING | )<br>)<br>)<br>)<br>)  C.A. No.: 21-mc-375-CFC<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
## TO *EX-PARTE* APPLICATION

The parties hereby stipulate and agree, subject to the approval of the Court,

that the deadline for Sharda USA LLC to respond to the *Ex-Parte* Application of

Syngenta Crop Protection AG for an order pursuant to 28 U.S.C. § 1782 (D.I. 1) is

extended through and including November 15, 2021.

| | |
|---|---|
| */s/ Jeffrey J. Lyons* | */s/ Karen E. Keller* |
| Daniel J. Goettle (#6664) | Karen E. Keller (No. 4489) |
| Jeffrey J. Lyons (#6437) | Nathan R. Hoeschen (No. 6232) |
| BAKER & HOSTETLER | SHAW KELLER LLP |
| 1201 North Market Street | 1105 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 468-7088 | (302) 298-0702 |
| dgoettle@bakerlaw.com | kkeller@shawkeller.com |
| jjlyons@bakerlaw.com | nhoeschen@shawkeller.com |
| *Attorneys for Applicant* | *Attorneys for Sharda USA LLC* |

Dated: November 8, 2021

SO ORDERED this _____ day of _____, 2021.

_____
Chief United States District Judge