# BakerHostetler

Baker & Hostetler LLP

1201 North Market Street
Suite 1402
Wilmington, DE  19801

T  302.319.2799
www.bakerlaw.com

Jeffrey J. Lyons
direct dial: 302.468.7088
jjlyons@bakerlaw.com

May 25, 2022

**VIA CM/ECF**

The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

> **Re:**  *In re: Application of Syngenta Crop Protection AG*,
> No. 21-mc-375-CFC

Dear Chief Judge Connolly:

We write on behalf of Applicant Syngenta Crop Protection AG ("Syngenta") to respectfully request your Honor's attention to Syngenta's Application for An Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings.  D.I. 1.  Briefing on the Application closed December 13, 2021.  D.I. 17.

To date, the target of the Indian patent litigation, GSP Crop Science Private Limited of India, has still failed to provide the information sought by Syngenta.  *See* D.I. 17 at 5.  That same information is being sought from Sharda USA LLC via the Application, and thus the discovery requests to Sharda USA LLC remain urgent and relevant.

We are available at the Court's convenience should Your Honor have any questions.

The Honorable Colm F. Connolly
May 25, 2022
Page 2

Respectfully submitted,

 */s/ Jeffrey J. Lyons*

Jeffrey J. Lyons (#6437)


cc:     All Counsel of Record (via CM/ECF)