IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE THE APPLICATION OF SYNGENTA CROP PROTECTION AG. | MISC No. 21-mc-375-CFC |

## ORDER

At Wilmington this Twenty-sixth day of February in 2022:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Ex Parte Application of Syngenta Crop Protection AG for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings (D.I. 1) is **DENIED**.

_____
CHIEF JUDGE